# United States Court of Appeals
## For the First Circuit

No. 11-1666

KATHY HENRY,

Plaintiff, Appellant,

v.

UNITED BANK,

Defendant, Appellee.

**JUDGMENT**

Entered:  July 13, 2012

    This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

    Upon consideration whereof, it is now here ordered, adjudged and decreed as follows:  The judgment of the district court is affirmed in favor of United Bank.

By the Court:

/s/ Margaret Carter, Clerk

cc: Emily J. Daniell, Marylou Fabbo, Timothy F. Murphy and Michael O. Shea